IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HAZEL BUNNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 6:17-cv-00376-SPS |
| ) | |
| AMERICAN ZURICH INSURANCE ) | |
| COMPANY, a foreign insurance corporation, ) | |
| ) | |
| Defendant. ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Hazel Bunner, and the Defendant, American Zurich Insurance Company, a foreign insurance corporation, and stipulate this case is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii) which provides the Plaintiff may dismiss an action without a court order by filing a Stipulation of Dismissal signed by all parties who have appeared.

DATED this 20th day of August, 2018.

Respectfully Submitted,

By: s/ Michael D. Parks
Michael D. Parks, OBA #6904
10 E. Washington, Suite 102
P.O. Box 3220
McAlester, OK  74502
(918) 426-1818; (918) 426-1836 FAX
mike@mikeparkslaw.com
ATTORNEY FOR PLAINTIFF,
HAZEL BUNNER

1

By: s/ Daniel E. Gomez
Daniel E. Gomez, OBA #22153
CONNER & WINTERS
4000 One Williams Center
Tulsa, OK 74172
(918) 586-8984; (918) 586-8311 FAX
dgomez@cwlaw.com
ATTORNEY FOR DEFENDANT,
AMERICAN ZURICH INSURANCE COMPANY